**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nathan Gene BEGAYE, Defendant–**
**Appellant.**

**No. 07–10142.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 18, 2008.*

Filed July 3, 2008.

Alison Sue Bachus, Esq., USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Nathan Gene Begaye, Littleton, CO, pro se.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Philip A. Seplow, Esq., Law Offices of Philip A. Seplow, Phoenix, AZ, for Defendant–Appellant.

Before: THOMAS, W. FLETCHER and CLIFTON, Circuit Judges.

MEMORANDUM \*\*

Nathan Gene Begaye appeals from his guilty-plea conviction and 63–month sentence for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Begaye's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

We dismiss this appeal in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir. 2000).

Accordingly, counsel's motion to withdraw is **GRANTED,** and the appeal is **DISMISSED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.